ACCEPTED
12-15-00055-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/8/2015 3:45:45 PM
CATHY LUSK
CLERK

Cause No. 12-15-00055-CR

| | | |
|---|---|---|
| JORGE ZEPEDA | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | 12TH DISTRICT COURT |
| | § | |
| STATE OF TEXAS | | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/8/2015 3:45:45 PM
CATHY S. LUSK
Clerk

**MOTION FOR EXTEND TIME TO FILE BRIEF**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Appellant, through JEFF SANDERS, Defense Attorney, in the above styled and numbered cause and files this Motion and in support thereof would show the Court as follows:

1. The Appellant's Brief is due on May 11, 2015. Appellant's attorney needs 30 additional days to file the brief. This is the first request for an extension.

2. I have been involved in trial preparation for State v. Kaylee Harrod, cause numbers CR14-281 and CR14-323, in Rusk County District Court set for April 27, 2015 (delivery of a controlled substance and endangering a child). Additionally, I've been working on trial preparation for State v. John Mumphrey, cause number 43486-A, in Gregg County District Court that had been set for trial April 20, 2015 (felony DWI). Furthermore, I have been involved in case preparation on State v. Jacob Roper, cause number 114-0320-15 & 114-0321-15 & 114-0322-15, in Smith County (two counts of aggravated robbery and burglary of a building).

3. This motion is not made for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Appellant requests that this motion for be granted.

Respectfully Submitted

_Jeff Sanders_

JEFF SANDERS
State Bar Number 24033153
ELLIS and SANDERS PLLC
120 S. Broadway Suite 112
Tyler, Texas 75702
Phone (903)595-1131 Fax (903)595-5532

## CEhRTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion was served upon the attorney for the State on 8TH of May, 2015.

_Jeff Sanders_

JEFF SANDERS

## VERIFICATION

| STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS |
| COUNTY OF SMITH | § | |

"My name is JEFF SANDERS and I am the attorney for the Appellant in this case. I have knowledge of the facts stated in the foregoing Motion and they are true and correct."

Signed on ___May 8___, 2015.

_Jeff Sanders_

JEFF SANDERS

SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned Notary Public on ___May 8___, 2015.

_Carol Ann Moylan_

Notary Public in and for the State of Texas

CAROL ANN MOYLAN
My Commission Expires
April 26, 2016